# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**CARLA HARVASTY,**

    **Plaintiff,**

v.                                           **CASE NO.:**

**RESURGENT CAPITAL SERVICES, L.P.,**

    **Defendant.**

_____/

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE THAT** on this date, Defendant Resurgent Capital Services, L.P., by and through its undersigned counsel, hereby removes the above-captioned matter to the United States District Court for the Middle District of Florida, Orlando Division, from the County Court of the Ninth Judicial Circuit in and for Osceola County, Florida and in support thereof avers as follows:

1. Defendant is a defendant in a civil action originally filed on or about August 9, 2021, in the County Court of the Ninth Judicial Circuit, in and for Osceola County, Florida, titled *Carla Harvasty v. Resurgent Capital Services, L.P.* and docketed to Case No. 2021-CC-2766.

2. This removal is timely under 28 U.S.C. § 1446(b) as Defendant received service of process on August 13, 2021.

3. Pursuant to 28 U.S.C. § 1446, attached hereto are copies of all process, pleadings and orders received by Defendant in the state court action.

5. The United States District Court for the Middle District of Florida, Orlando Division, has original jurisdiction over this action pursuant to 28 U.S.C. § 1331, in that Plaintiff has filed claims against Defendant alleging violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.*

6. On this date, Defendant provided notice of this Removal to counsel for Plaintiff and to the County Court of the Ninth Judicial Circuit in and for Osceola County, Florida.

WHEREFORE, Defendant respectfully removes this case to the United States District Court for the Middle District of Florida.

Respectfully submitted,

**MESSER STRICKLER, LTD.**

By: */s/ John M. Marees, II*
LAUREN M. BURNETTE, ESQUIRE
FL Bar No. 0120079
JOHN M. MAREES II, ESQUIRE
FL Bar No. 069879
MAUREEN WALSH, ESQUIRE
FL Bar No. 28179
12276 San Jose Blvd.
Suite 718
Jacksonville, FL 32223
(904) 527-1172
(904) 683-7353 (fax)

lburnette@messerstrickler.com
jmarees@messerstrickler.com
mwalsh@messerstrickler.com
*Counsel for Defendant*

Dated: September 1, 2021

## CERTIFICATE OF SERVICE

I certify that on September 1, 2021, a true copy of the foregoing document was served as follows:

*Via U.S. Mail Postage Prepaid:*
Jibrael S. Hindi, Esq.
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Ft. Lauderdale, FL 33301
jibrael@jibraellaw.com
tom@jibraellaw.com
*Counsel for Plaintiff*

**MESSER STRICKLER, LTD.**

By: */s/ John M. Marees, II*
LAUREN M. BURNETTE, ESQUIRE
FL Bar No. 0120079
JOHN M. MAREES II, ESQUIRE
FL Bar No. 069879
MAUREEN WALSH, ESQUIRE
FL Bar No. 28179
12276 San Jose Blvd.
Suite 718
Jacksonville, FL 32223
(904) 527-1172

(904) 683-7353 (fax)
lburnette@messerstrickler.com
jmarees@messerstrickler.com
mwalsh@messerstrickler.com
*Counsel for Defendants*

Dated: September 1, 2021