# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

CARLA HARVASTY, SHANNON
FALLIS, BRYTON ENNIS, and
MARVIN WORRELL,

      Plaintiffs,

v.                                           Case No:   6:21-cv-1451-GAP-EJK

                                         (Consolidated with 6:21-cv-1555-GAP-EJK,
                                         6:21-cv-1822-GAP-GJK, and 6:21-cv-1823-
                                         GAP-DCI)

RESURGENT CAPITAL SERVICES,
L.P.

      Defendant.

## ORDER

Upon consideration of Defendant's Unopposed Motion to Consolidate (Doc. 13), it is

**ORDERED** that the motion is **GRANTED**.  The Clerk is directed to restyle this case as captioned above.  All future pleadings are to be filed in this case, 6:21-

cv-1451-GAP-EJK, and shall reflect the new case style.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on November 9, 2021.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party